BEFORE THE THIRD DIVISION, NOVEMBER 14, 1945

**No. 50661.**—Protests 95806–K, etc., of A. Germano & Sons et al. (New York).

Opinion by KEEFE, J.   At the trial it was stipulated that the reliquidation of the entries herein involved is similar in all material respects to that in *Bel Paese Sales Co., Inc.* v. *United States* (15 Cust. Ct. 7, C. D. 932).   In accordance with stipulation and following the decision cited, judgment was entered directing the collector to reliquidate the entries herein, refunding the duty established to have been taken in excess, in accordance with the decision and judgment in Abstract 45176.

**No. 50662.**—Protests 108890–K, etc., of Frank Mosco, Inc., et al. (New York).

Opinion by KEEFE, J.   At the trial it was stipulated that the reliquidation of the entries herein involved is similar in all material respects to that in *Bel Paese Sales Co., Inc.* v. *United States* (15 Cust. Ct. 7, C. D. 932).   In accordance with stipulation and following the decision cited, judgment was entered directing the collector to reliquidate the entries herein, refunding the duty established to have been taken in excess, in accordance with the decision and judgment in Abstract 45181.

**No. 50663.**—Protest 994706–G of Roethlisberger & Co., Inc. (New York).

Opinion by KEEFE, J.   It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to that the subject of Abstract 48269.   In accordance with stipulation and following the decision cited, it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese.   The protest was sustained to this extent.

BEFORE THE THIRD DIVISION, NOVEMBER 15, 1945

**No. 50664.**—Protests 95687–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by KEEFE, J.   It was stipulated that the boron carbide in question is the same in all material respects as that the subject of *Tower & Sons* v. *United States* (14 Cust. Ct. 84, C. D. 917).   In accordance therewith the merchandise was held dutiable as claimed.